UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

**BARBARA HESTER**                                                    **PLAINTIFF**

**VS**                                                        **CIVIL ACTION NO. 3:05CV-497-H**

**TARGET CORPORATION**                              **DEFENDANT(S)**

**ORDER**

       Counsel having notified the Court of that the plaintiff has agreed to dismiss this lawsuit and an agreed order of dismissal will be filed in the near future (DN#30), **IT IS HEREBY ORDERED** that this case is **DISMISSED** from the Court's docket with leave to reinstate within forty-five (45) days. Counsel may tender a supplemental order of dismissal if they so desire.

Date: April 8, 2008

Copies to counsel